```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---------------------------------------
EDWARD ROTH,

            Plaintiff,

    - against -

MIDTOWN SOUTH OWNER LLC, ET AL.,

           Defendants.
---------------------------------------

25-cv-3284 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiff brought this action on April 21, 2025. ECF No. 1. The plaintiff, as the party invoking federal jurisdiction, bears the burden of proving facts to establish that jurisdiction. Linardos v. Fortuna, 157 F.3d 945, 947 (2d Cir. 1998). For purposes of diversity jurisdiction under 28 U.S.C. § 1332, a limited liability company "takes the citizenship of each of its members." Bayerische Landesbank v. Aladdin Cap. Mgmt. LLC, 692 F.3d 42, 49 (2d Cir. 2012).

The plaintiff is directed to identify the citizenship of each defendant. Because each of the defendants is alleged to be an LLC, the plaintiff should identify for each defendant the citizenship of each of the members of the LLC, including, if any member is an LLC, the citizenship of each member of that LLC, and, if the member is a corporation, the state of incorporation and principle place of business of each such corporation.

The information should be provided to the Court by April 30, 2025.

SO ORDERED.

Dated:   New York, New York
        April 23, 2025

                                                _____
                                                John G. Koeltl
                                          United States District Judge

2