```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

EDWARD ROTH,

               Plaintiff,

    - against -

MIDTOWN SOUTH OWNER LLC, ET AL.,

              Defendants.

―――――――――――――――――――――――――――――

25-cv-3284 (JGK)

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear for a telephone conference on **Thursday, May 1, 2025,** at **3:00 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **April 25, 2025**

                                       /s/ John G. Koeltl
                                          John G. Koeltl
                                **United States District Judge**